IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| HAYLEY SHELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:14-cv-02271 |
| v. ) | |
| ) | Judge Sharp |
| ACCEPTANCE INSURANCE ) | |
| AGENCY OF TENNESSEE, INC., ) | Magistrate Judge Knowles |
| D/B/A ACCEPTANCE INSURANCE, ) | |
| and FIRST ACCEPTANCE ) | |
| INSURANCE CO., INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT

The Court has reviewed *in camera* the Settlement Agreement and General Release entered into by Plaintiff Hayley Shelton and the Defendants in this case. The Court finds this agreement to be a fair and reasonable compromise of the parties' disputed claims. As such, it is therefore **ORDERED** that the Settlement Agreement between the parties is **APPROVED**.

Dated this 38yj "f c{ "qh'Qevqdgt."4237

_____
THE HONORABLE KEVIN SHARP
UNITED STATES DISTRICT JUDGE